[No. 63728-2-I.   Division One.   November 16, 2009.]

TRIMOBA, LLC, ET AL., *Respondents*, v. AWAKE CLINIC, LLC,
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-39915-1, Paris K. Kallas, J., entered July 1, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, A.C.J., and Appelwick, J.

[No. 36677-1-II.   Division Two.   November 17, 2009.]

GARY CONKLIN, *Respondent*, v. THE CITY OF TACOMA,
*Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-09457-2, Rosanne Buckner, J., entered August, 10, 2007. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 37536-2-II.   Division Two.   November 17, 2009.]

FLYING H RANCH HOMEOWNERS ASSOCIATION, *Appellant*,
v. JAMES L. GEARY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-05077-4, Stephanie A. Arend, J., entered March 7, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J.; Penoyar, J., dissenting.

[No. 37768-3-II.   Division Two.   November 17, 2009.]

*In the Matter of the Marriage of* MARIELLE J. EHRESMAN, *Respondent*, and DAVID A. STEPHENS, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-3-06248-3, Ronald E. Culpepper, J., entered May 9, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.